United States District Court
Southern District of Texas
~~ENTERED~~
November 09, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### for the

_Sueyan Gue_ )
_____ )
 _Plaintiff_ )
 v. )          Civil Action No.  4:22-mc-1909
_Judge H. Nalgo / Pctfj_ )
 _Defendant_ )
_Judge Hidalgo / Pctfj_

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☑ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: November 09, 2022

_____
_Judge's signature_

Hon. Charles Eskridge, U.S. District Judge
_____
_Printed name and title_